IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:14cr25-MHT |
| | ) | (WO) |
| BRIAN KALVIN JACKSON, JR. | ) | |
| aka BRYANT JACKSON | ) | |

ORDER

Based on the representations made at the sentencing hearing on December 17, 2014, it is ORDERED that the following sentencing issues remain:

(1) Defendant Brian Kalvin Jackson's claim that he received inadequate physical- and mental-health treatment at the Montgomery City Jail.

(2) Defendant Jackson's claim that he received inadequate physical- and mental-health treatment at the Columbia Regional Care Center.

(3) The court is to commit the defendant Jackson for physical- and mental-health treatment evaluation pursuant to 18 U.S.C. § 3552(b).

(4) The government is to present additional evidence regarding its contention that defendant Jackson is violent. The evidence includes, but is not limited to, the alleged J.C. Penney robbery and the alleged assault or robbery of an individual on South Smiley Circle during which defendant Jackson was shot and paralyzed.

DONE, this the 18th day of December, 2014.

　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE