IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:14cr25-MHT |
| | ) | (WO) |
| BRIAN KALVIN JACKSON, JR. | ) | |
| aka BRYANT JACKSON | ) | |

OPINION AND ORDER

In its previous order, the court recognized four outstanding issues in this case:

(1) Defendant Brian Kalvin Jackson, Jr.'s claim that he received inadequate physical- and mental-health treatment at the Montgomery County Jail.

(2) Defendant Jackson's claim that he received inadequate physical- and mental-health treatment at the Columbia Regional Care Center.

(3) The court was to commit the defendant Jackson for physical- and mental-health treatment evaluation pursuant to 18 U.S.C. § 3552(b); and

(4) The government is to present additional evidence regarding its contention that defendant Jackson is violent.

Based on the representations made on the record on June 23, 2015, the following progress has been made:

(1) Defendant Jackson's expert has completed her evaluation of the medical care at the Montgomery County Jail, but she will not file her report until the second issue is resolved.

(2) The expert still has not received all the medical records from the Columbia Regional Care Center.

(3) The pre-sentence report has been completed and filed with the court.

(4) The government will present two anecdotal witnesses at the sentencing hearing to testify to defendant Jackson's alleged violence.

In sum, the parties are waiting on the production of the medical records by Columbia Regional Care Center and the expert's report on those records.

**\*\*\***

Accordingly, it is ORDERED as follows:

(1) Defendant Brian Kalvin Jackson, Jr. is to obtain the medical records from the Care Center by July 8, 2015, and his expert is to file her complete report by July 15, 2015.

(2) Another on-the-record telephone status conference is set for July 24, 2015, at 3:00 p.m.

DONE, this the 25th day of June, 2015.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE