**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL CASE NO.** |
| **v.** | ) | **2:14cr25-MHT** |
| | ) | **(WO)** |
| **BRIAN KALVIN JACKSON, JR.** | ) | |
| **a/k/a BRYANT JACKSON** | ) | |

**FINAL ORDER OF FORFEITURE**

**WHEREAS**, on July 18, 2014, this Court entered a Preliminary Order of Forfeiture (doc. no. 26) ordering defendant Brian Kalvin Jackson, Jr. a/k/a Bryant Jackson to forfeit his interest in the following property**:** a Glock GMBH, model 26, .9 caliber pistol, bearing serial number RTW325 and 9 rounds of assorted .9 caliber ammunition;

**WHEREAS**, publication of notice was not required pursuant to Rule G(4)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions as the property is worth less than \$1,000 and the only potential claimant is the defendant, and the government gave defendant notice in the Indictment (doc. no. 1) that it would seek the forfeiture of all property involved in the commission of the offenses in violation of 18 U.S.C. § 922(g)(1); and,

**WHEREAS**, the Court finds that defendant Brian Kalvin Jackson, Jr. a/k/a Bryant Jackson has an interest in the property that is subject to forfeiture pursuant to 18 U.S.C. § 924(d)(1) by 28 U.S.C. § 2461(c), and that the United States has established the requisite nexus between such property in the commission of the offenses in violation of 18 U.S.C. § 922(g)(1);

It is ORDERED that the United States' Motion for a Final Order of Forfeiture (doc. no. 89) is granted as follows:

1.      The following property is hereby forfeited to the United States pursuant to 18 U.S.C. § 924(d)(1) by 28 U.S.C. § 2461(c): **a Glock GMBH, model 26, .9 caliber pistol, bearing serial number RTW325 and 9 rounds of assorted .9 caliber ammunition**.

2.      All right, title, and interest to the property described above is hereby condemned, forfeited, and vested in the United States and shall be disposed of according to law.

3.      The United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

4.      The Clerk of the Court shall forward a certified copy of this order to the United States Attorney's Office.

DONE, this the 27th day of October, 2015.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE