IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
    v.                      )         2:14cr25-MHT
                            )            (WO)
BRIAN KALVIN JACKSON, JR.   )
```

### ORDER

Defendant Brian Kalvin Jackson, Jr. (as well as his counsel) having stated in open court on March 6, 2017, that he agrees to the modification petition (doc. no. 100), it is ORDERED as follows:

(1) The petition for modification of the conditions of supervised release (doc. no. 100) is granted.

(2) Defendant Brian Kalvin Jackson, Jr. shall participate in a substance-abuse treatment program approved by the United States Probation Office as directed, which may include testing to determine whether he has reverted to the use of drugs. He shall contribute to the costs of any treatment based on his ability to pay and the availability of third-party payments.

DONE, this the 6th day of March, 2017.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE