IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:14cr25-MHT |
| | ) | (WO) |
| BRIAN KALVIN JACKSON, JR. | ) | |

ORDER

Based on the representations made on the record on February 12, 2019, it is ORDERED that defendant Brian Kalvin Jackson, Jr.'s motion to extend date to report to the Bureau of Prisons (doc. no. 150) is denied.

The court understands that, because of defendant Jackson's recent arrest on a state charge, the Marshal Service will simply put a detainer on defendant Jackson so that he can be turned over to federal custody to begin his federal sentence when the state officials release him. In light of the new state charge, the court no longer believes defendant Jackson should simply

voluntarily self-surrender for his federal sentence when released on the state charge.

DONE, this the 13th day of February, 2019.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE