IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )   CRIMINAL ACTION NO.
    v.                      )       2:14cr25-MHT
                            )            (WO)
BRIAN KALVIN JACKSON, JR.   )
```

ORDER

On February 13, 2019, this court entered the following order: "In light of defendant Brian Kalvin Jackson, Jr.'s arrest on a state charge, it is ORDERED that defense counsel shall, on the first Monday of each 'even' month, beginning April 1, 2019, file a report on the status of ALL state charges against defendant Jackson and what, if any, implication these charges have on the federal sentence imposed by this court on December 12, 2018 (doc. no. 149)." Order (doc. no. 154). It appears from the docket that no reports were filed.

Accordingly, it is ORDERED that, on or before noon on February 12, 2020, defense counsel is to file an explanation for the absence of the reports.

DONE, this the 6th day of February, 2020.

                                 /s/ Myron H. Thompson  
                                UNITED STATES DISTRICT JUDGE